**James Lloyd EL, Daniel Marsh, George Jones,**

v.

**Supt. Neal MECHLING, Unit Mgr. Carol Dewitt, Unit Mgr. Michael Zaken, Counselor W. Carnuche, Counselor Joan Mann, Counselor Jeff Rodgers, Unit Mgr. Hollick, Pennsylvania Department of Corrections,**

**Appeal of George Jones.**

Supreme Court of Pennsylvania.

Jan. 19, 2005.

***ORDER***

PER CURIAM.

AND NOW, this 19th day of January, 2005, the Order of the Commonwealth Court is AFFIRMED.

Justice NIGRO dissents and would grant oral argument.